**DISMISS and Opinion Filed April 15, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00017-CV**

**IN THE INTEREST OF M.J.Y, E.T.Y, B.C.Y., V.C.Y., E.G.Y., R.F.Y., S.R.Y., D.A.Y., A.A.Y., AND X.I.Y., CHILDREN**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52069-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

Appellant filed a pro se notice of appeal challenging the trial court's decision to deny appellant's request for court-appointed counsel. We notified appellant that it did not appear he was attempting to appeal from a final or otherwise appealable order, and we requested appellant to file a response showing grounds to continue this appeal. Appellant failed to respond to our request.

A party may only appeal from a final judgment or an interlocutory order specifically made appealable by statute or rule. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 & n.12 (Tex. 2001); *see e.g.* TEX. CIV. PRAC. & REM. CODE § 51.014 (listing appealable interlocutory orders). The denial of a request for court-

appointed counsel is not a final judgment nor an appealable interlocutory order. *Matter of Marriage of Hernandez and McCreary*, No. 12-17-00397-CV, 2018 WL 524864, *2 (Tex. App—Tyler Jan. 24, 2018, no pet.) (per curiam) (mem. op.); *Hernandez v. Williams*, 02-09-00220-CV, 2009 WL 2579578, at*1 (Tex. App—Fort Worth Aug. 20, 2009, no pet.) (per curiam) (mem. op.).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 42.2(f); *Hernandez*, 2018 WL 524864 at * 2; *Hernandez*, 2009 WL 2579578 at * 1.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210017F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.J.Y,
E.T.Y, B.C.Y., V.C.Y., E.G.Y.,
R.F.Y., S.R.Y., D.A.Y., A.A.Y., and
X.I.Y., CHILDREN

No. 05-21-00017-CV

On Appeal from the 296th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 296-52069-
2020.
Opinion delivered by Justice
Goldstein. Justices Molberg and
Smith participating.

     In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered April 15, 2021